| | |
|---|---|
| 1 | BURNHAM BROWN |
| 2 | Robert M. Bodzin, State Bar No. 201327 |
|   | P.O. Box 119 |
| 3 | Oakland, CA 94604 |
|   | Telephone: (510) 835-6833 |
| 4 | Facsimile: (510) 835-6666 |
|   | rbodzin@BurnhamBrown.com |
| 5 | Attorneys for Plaintiffs |
| 6 | [Additional Counsel Appear on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) ) ) ) ) | CASE NO. 3:08-CV-01184 SI |
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |
| v. | ) ) | |
| ALDERWOODS GROUP, INC., | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

2. Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

[PROPOSED] ORDER EXTENDING TIME          CASE NO.: 3:08-CV-01184 SI

1

**IT IS SO ORDERED:**

Honorable Susan Illston
United States District Court

_____

**AGREED TO:**

By: /s/ Annette Gifford By: /s/ John A. Mason
    J. Nelson Thomas (*pro hac vice*)    Steven H. Gurnee
    Patrick J. Solomon (*pro hac vice*)    Nicholas P. Forestiere
    Annette Gifford (*pro hac vice*)    John A. Mason
    THOMAS & SOLOMON LLP    GURNEE & DANIELS LLP
    693 East Avenue    2240 Douglas Blvd, Suite 150
    Rochester, NY 14607    Roseville, CA 95648
    Telephone: 585-272-0540    Telephone: 916-797-3100
    Facsimile: 585-272-0574    Facsimile: 916-797-3131

    Robert M. Bodzin, State Bar No. 201327    Counsel for Defendant
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs