1 | STEVEN H. GURNEE, ESQ. SB# 66056
NICHOLAS P. FORESTIERE, ESQ. SB#125118
2 | JOHN A. MASON, ESQ. SB# 166996
GURNEE & DANIELS LLP
3 | 2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
4 | Telephone     (916) 797-3100
Facsimile      (916) 797-3131
5
Attorneys for Defendants
6 | ALDERWOODS GROUP, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM HELM, DEBORAH PRISE,      ) No. CV 08-01184 SI
     HEATHER P. RADY, et al., on behalf of  )
12 | themselves and all other employees and former )
13 | employees similarly situated,           )  [PROPOSED] ORDER CONTINUING
                                            )  DATE FOR CASE MANAGEMENT
                                            )  CONFERENCE
14 |                 Plaintiffs,            )
15 |     vs.                                )
                                            )
16 | ALDERWOODS GROUP, INC.,                )
                                            )
17 |                 Defendants.            )
18 | _____)

19 |     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

20 | follows:

21

22 |     1.    The date for the further Case Management Conference in this matter, previously set

23 | for July 15, 2011, is continued to **September 23, 2011 at 3:00 p.m.**

24

25 | ////

26

27 | ////

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE
MANAGEMENT CONFERENCE**                                                    1
Case No.:  CV 08-01184 SI

1    **IT IS SO ORDERED:**

2
     Dated:___7/25/11_____              _____
3                                                 Honorable Susan Illston
4                                                 United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE**
     **MANAGEMENT CONFERENCE**                                                    2
     Case No.:  CV 08-01184 SI